COGBURN LAW OFFICES
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburnlaw.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
efox@cogburnlaw.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN C. PIPES,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BRIDGECREST, a Foreign Company, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation, TRANSUNION LLC, a Foreign Limited-Liability Company,<br><br>　　　　　　Defendants. | Case Number<br>2:18-cv-01571-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS BRIDGECREST, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANSUNION, LLC WITHOUT PREJUDICE** |

TO:　　THE HONORABLE JUDGE JAMES C. MAHAN

　　　　IT IS HERBY STIPULATED by and between Plaintiff, John C. Pipes and Defendants, Bridgecrest Credit Company, LLC ("Bridgecrest"), Experian Information Solutions, Inc. ("Experian"), and Transunion, LLC ("TransUnion") by and through their respective attorneys of record, hereby stipulate and agree that all Plaintiff's claims asserted against Bridgcrest, Experian, and TransUnion in the above-captioned shall be and hereby are dismissed without prejudice.

…

…

…

COGBURN LAW OFFICES
2580 St. Rose Parkway, Suite 330, Henderson, Nevada 89074
Telephone: (702) 748-7777 | Facsimile: (702) 966-3880

IT IS FURTHER STIPULATED that each party shall bear its own attorney fees and costs.

The parties request that the Clerk of the Court now close this case.

Dated this 29th day of November, 2018.                    Dated this 29th day of November, 2018.

**COGBURN LAW OFFICES**                                    **NAYLOR & BRASTER**

By:     */s/ Erik W. Fox*                                  By:     */s/ Andrew J. Sharples*
Name:   Jamie S. Cogburn, Esq.                             Name:   Jennifer L. Braster, Esq.
        Nevada Bar No. 8409                                        Nevada Bar No. 9982
        Erik W. Fox, Esq.                                          Andrew J. Sharples, Esq.
        Nevada Bar No. 8804                                        Nevada Bar No. 12866
        2580 St. Rose Parkway, Suite 330                           1050 Indigo Dr., Suite 200
        Henderson, Nevada 89074                                    Las Vegas, Nevada 89145
        *Attorneys for Plaintiff*                                  *Attorneys for Experian Information
                                                                   Solutions, Inc.*

Dated this 29th day of November, 2018.                    Dated this 29th day of November, 2018.

**LEWIS BRISBOIS BISGAARD &                                BALLARD SPAHR LLP**
**SMITH LLP**

By:     */s/ Jason G. Revzin*                              By:     */s/ Lindsay Demaree*
Name:   Jason G. Revzin, Esq.                              Name:   Lindsay Demaree, Esq.
        Nevada Bar No. 8629                                        Nevada Bar No. 11949
        6385 S. Rainbow Blvd., Ste. 600                            1980 Festival Plaza Drive, Suite 900
        Las Vegas, Nevada 89118                                    Las Vegas, Nevada 89135
        *Attorney for TransUnion, LLC*                             *Attorney for Bridgecrest Credit
                                                                   Company, LLC (erroneously named
                                                                   as "Bridgecrest")*

**IT IS SO ORDERED:**

_/s/ James C. Mahan_
UNITED STATES DISTRICT JUDGE

December 3, 2018

DATE

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO DISMISS BRIDGECREST, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANSUNION, LLC WITHOUT PREJUDICE** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 29th day of November, 2018.

☒  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system to the following participants:

**BALLARD SPAHR LLP**
Lindsay C. Demaree, Esq.
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Phone: (702) 471-7000
Fax: (702) 471-7070
Email: demaree1@ballardspahr.com
*Attorney for Bridgecrest Credit Company, LLC (erroneously named as "Bridgecrest")*

**NAYLOR & BRASTER**
Jennifer L. Braster, Esq.
Andrew J. Sharples, Esq.
1050 Indigo Dr., Suite 200
Las Vegas, NV 89145
Phone: (702) 420-7000
Fax: (702) 420-7001
Email: jbraster@nblawnv.com
Email: asharples@nblawnv.com

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Jason Revzin, Esq.
6385 S. Rainbow Blvd, Suite 600
Las Vegas, NV 89118
Phone: (702) 893-3383
Fax: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
*Attorney for Transunion, LLC*

**JONES DAY**
Katherine A. Neben, Esq.
3161 Michelson Drive
Irvine, CA 92612
Phone: (949) 851-3939
Fax: (949) 553-7539
Email: kneben@jonesday.com
*Attorneys for Experian Information Solutions, Inc.*

   /s/ *Amy Quach*
An employee of Cogburn Law Offices

COGBURN LAW OFFICES
2580 St. Rose Parkway, Suite 330, Henderson, Nevada 89074
Telephone: (702) 748-7777 | Facsimile: (702) 966-3880